AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:09CR463 HEA |
| Cortez Buckner ) | USM No: 36502-044 |
| Date of Previous Judgment: 04/12/2010 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __57__ months **is reduced to** __37 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: __25__          Amended Offense Level: __21__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: __57__ to __71__ months    Amended Guideline Range: __37__ to __46__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
This reduction is effective November 1, 2011, absent Congressional Action changing the proposed Guidelines Amendments or other order of this Court. The Court recommends that defendant be transferred to a halfway house for transition services as soon as possible.

Except as provided above, all provisions of the judgment dated __04/12/2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10/25/2011__

Effective Date: __11/01/2011__
*(if different from order date)*

Judge's signature

Henry Edward Autrey, U.S. District Judge
Printed name and title